UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOX BROADCASTING CO.,<br><br>Plaintiff,<br><br>vs.<br><br>PERSONAL AUDIO LLC,<br><br>Defendant | Civ. A. No. 1:13-cv-11794-MLW |

**PLAINTIFF FOX BROADCASTING COMPANY AND FOX NETWORKS GROUP, INC.'S MOTION TO ENJOIN DEFENDANT PERSONAL AUDIO, LLC FROM PROSECUTING A DUPLICATIVE SECOND-FILED ACTION IN THE EASTERN DISTRICT OF TEXAS**

Plaintiff Fox Broadcasting Company, LLC and Fox Networks Group, Inc. ("Fox") hereby moves for an order enjoining defendant Personal Audio, LLC ("Personal Audio") from prosecuting the action pending in the United States District Court for the Eastern District of Texas entitled <u>Personal Audio, LLC v. Fox Broadcasting Company and Fox Networks Group, Inc.</u>, Civil Action No. 2:13-cv-577 (the "E.D. Texas Action").

As grounds for this motion, Fox states that all of the parties to the E.D. Texas Action are parties in this action. Moreover, the issues raised in the E.D. Texas Action, including those that will be raised in a Counterclaim thereto, are the same as the issues raised in Fox's Complaint filed with this Court before the E.D. Texas Action. Personal Audio should be enjoined from prosecuting its claims in the Eastern District of Texas, for these and the grounds more fully set forth in the Memorandum of Plaintiffs Fox Broadcasting Company and Fox Networks Group, Inc. in Support of Their Motion to Enjoin Defendant Personal Audio, LLC From Prosecuting a Duplicative Second-Filed Action in the Eastern District of Texas.

Respectfully submitted,

FOX BROADCASTING COMPANY and
FOX NETWORKS GROUP, INC.

By their attorneys,

/s/ Theodore J. Folkman
Theodore J. Folkman (BBO No. 647642)
Peter C. Obersheimer (BBO No. 680187)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
 (617) 423-0400
tjf@murphyking.com

Dated: August 16, 2013

Of counsel:

Steven Lieberman (pro hac vice pending)
Sharon L. Davis (pro hac vice pending)
Brian S. Rosenbloom (pro hac vice pending)
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

## CERTIFICATE OF SERVICE

    I, Theodore J. Folkman, hereby certify that I have this 16th day of August, 2013, I served Plaintiff Fox Broadcasting Company and Fox Networks Group, Inc.'s Motion to Enjoin Defendant Personal Audio, LLC from Prosecuting a Duplicative Second-Filed Action in the Eastern District of Texas by mailing copies thereof by first class mail, postage prepaid to the following:

Personal Audio, LLC
3827 Phelan Blvd., Suite 180
Beaumont, TX 77707

Bradley Liddle
Personal Audio, LLC
340 North Sam Houston Parkway E.
Suite 165D
Houston, TX 77060

Papool S. Chaudhari, Esq.
Reyes Bartolomei Browne
5950 Berkshire Lane, Ste 410
Dallas, TX 75225

                                                /s/ Theodore J. Folkman
                                                Theodore J. Folkman

*655042*