UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOX BROADCASING COMPANY and FOX NETWORKS GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONAL AUDIO, LLC, <br><br> Defendant. | Civil Action No. 13-11794-MLW |

**DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), Personal Audio, LLC ("Personal Audio") respectfully moves to dismiss this action for lack of personal jurisdiction. As set forth more fully in its memorandum of law and declaration of Brad Liddle, both of which are filed herewith, there are insufficient contacts with the Commonwealth of Massachusetts to support either general or specific personal jurisdiction over Personal Audio.

Accordingly, this declaratory judgment action – which was brought against a Texas corporation by two Delaware corporations with principal places of business in California – should be dismissed.

Respectfully submitted,

**PERSONAL AUDIO, LLC**

By its attorneys,

 */s/ Scott McConchie*
Scott McConchie (BBO 634127)
smcconchie@sherin.com
William M. Dunham (BBO 672950)
wmdunham@sherin.com
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

Dated:  September 13, 2013

**Certificate Pursuant to Local Rule 7.1**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I attempted to confer with plaintiffs' counsel (Ted Folkman and Peter Obersheimer) but was unable to reach them.  I am confident, however, that such a conference would not have resolved the issues raised in this motion in any event.

 /s/ Scott McConchie
Scott McConchie

**Certificate of Service**

I, Scott McConchie, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2013.

 /s/ Scott McConchie
Scott McConchie