UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FOX BROADCASTING COMPANY and
FOX NETWORKS GROUP, INC.

    Plaintiff,

vs.

PERSONAL AUDIO, LLC,

    Defendant.

Civ. A. No. 1:13-cv-11794-MLW

# DEFENDANT'S RULE 16.1(d)(3) CERTIFICATE

The defendant, Personal Audio, LLC ("Personal Audio"), by and through its undersigned counsel and authorized representative, hereby certifies that Personal Audio and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**PERSONAL AUDIO, LLC**

By its attorneys,

/s/ Brad Liddle
Brad Liddle
General Counsel
Personal Audio, LLC

/s/ Scott McConchie
Scott McConchie (BBO 634127)
smcconchie@sherin.com
William M. Dunham (BBO 672950)
wmdunham@sherin.com
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: January 23, 2014

**Certificate of Service**

  I, Scott McConchie, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 23, 2014.

            _/s/ Scott McConchie_
            Scott McConchie