UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOX NETWORK GROUPS, INC., and FOX BROADCASTING CO., Plaintiffs, v. PERSONAL AUDIO, LLC, Defendant. | ) ) ) ) ) 1:13-cv-11794-MLW ) ) ) ) |

ORDER

WOLF, D.J.                                           January 29, 2014

For the reasons stated at the January 23, 2014 scheduling conference, it is hereby ORDERED that:

1. By February 7, 2014:

(a) The parties shall file supplementary memoranda and affidavits concerning the plaintiffs' pending Motion to Enjoin Defendant Personal Audio, LLC from Prosecuting a Duplicative Second-Filed Action in the Eastern District of Texas (Docket No. 9). These filings should address the standards for determining whether this first-filed action should proceed, including the factors for deciding issues of transfer of venue under 28 U.S.C. §1404(a). See In re Link_A_Media Devices Corp., 662 F.3d 1221 (Fed. Cir. 2011); In re TS Tech USA Corp., 551 F.3d 1315 (Fed. Cir. 2008); Genentech, Inc. v. Eli Lilly & Co., 998 F.2d 931 (Fed. Cir. 1993); W. Gulf Maritime Ass'n v. ILA Deep Sea Local 24, 751 F.2d 721 (5th Cir. 1985); Mann Mfg., Inc. v. Hortex, Inc., 439 F.2d 403 (5th Cir. 1971); Brant Point Corp. v. Poetzsch, 671 F. Supp. 2 (D. Mass. 1987); Boston & Maine Corp. v. United Transp. Union, 110

F.R.D. 322 (D. Mass. 1986).

(b) The parties may also file supplementary memoranda and affidavits concerning the defendant's pending Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 20).

2. By February 19, 2014, the parties shall file: (a) their replies, and (b) a revised proposed schedule for this case if it proceeds in the District of Massachusetts.

3. A hearing on the Motion to Enjoin and the Motion to Dismiss shall be held on March 4, 2014, at 10:30 a.m.

                                             /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE