```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

FOX NETWORK GROUPS, INC.,      )
and FOX BROADCASTING CO.,      )
       Plaintiffs,             )
                               )
       v.                      )    1:13-cv-11794-MLW
                               )
PERSONAL AUDIO, LLC,           )
       Defendant.              )
```

## ORDER

WOLF, D.J.                                            March 4, 2014

For the reasons described in detail in court on March 4, 2014, defendant Personal Audio LLC's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 20) is hereby ALLOWED and this case is hereby DISMISSED.


                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE