# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Fox Networks Group, Inc. Et al.**
                    **Plaintiff(s)**

**CIVIL ACTION**

            **V.**

**NO.   13-11794-MLW**

**Personal Audio, LLC et al.**
                    **Defendant(s)**

### ORDER OF DISMISSAL

**WOLF D. J.**

        In accordance with the Court's ORDER dated March 4, 2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                        **By the Court,**

**March 4, 2014**                          **/s/ Daniel C. Hohler**              **Date**
                                                        **Deputy Clerk**

**(16b scheduling notice.wpd - 12/98)**