UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOX BROADCASTING COMPANY and FOX NETWORKS GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PERSONAL AUDIO LLC,<br><br>Defendant | Civ. A. No. 1:13-cv-11794-MLW |

## MOTION OF PLAINTIFFS FOX BROADCASTING COMPANY AND FOX NETWORKS GROUP, INC. TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59

Pursuant to Fed. R. Civ. P. 59(e), the plaintiffs, Fox Broadcasting Company and Fox Networks Group, Inc., move to alter or amend the judgment entered in this action, which dismissed the case for lack of personal jurisdiction. A memorandum of law is being filed herewith.

                                                                                                                         Respectfully submitted,

                                                                                                                         FOX BROADCASTING COMPANY and
FOX NETWORKS GROUP, INC.
By their attorneys,

/s/ Theodore J. Folkman
Theodore J. Folkman (BBO No. 647642)
Peter C. Obersheimer (BBO No. 680187)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
 (617) 423-0400
tjf@murphyking.com

Of counsel:

Steven Lieberman (pro hac vice)
Sharon L. Davis (pro hac vice)
Brian S. Rosenbloom (pro hac vice)
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

Dated:  March 17, 2014

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I certify that on March 17, 2014, I conferred with counsel for the defendant in a good faith attempt to resolve or narrow the issue presented by this motion.

/s/ Theodore J. Folkman
Theodore J. Folkman

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 17, 2014.

/s/ Theodore J. Folkman
Theodore J. Folkman

666350